# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

m 00-51213

_____

IN THE MATTER OF:
DONALD E. GHIDONI,

Debtor.

DONALD E. GHIDONI,

Appellant,

VERSUS

HILL COUNTRY S.A., LTD.,
AND
JOHNNY W. THOMAS,
CHAPTER 7 TRUSTEE FOR THE ESTATE OF DONALD E. GHIDONI,

Appellee.

_____

Appeal from the United States District Court
for the Western District of Texas
(SA-00-CV-815)

_____

June 8, 2001

Before SMITH, DUHÉ, and WIENER,
   Circuit Judges.

PER CURIAM:[*]

The debtor, Donald Ghidoni, appeals the district court's affirmance of the bankruptcy court's entry of summary judgment denying what amounts to a collateral attack on a state court judgment. We have examined the briefs and applicable law and pertinent portions of the record and have heard the arguments of counsel.

We conclude that the state court judgment was not void and was, at most, only voidable. Any problems with that judgment should have been corrected on direct appeal within the state court system.

Ghidoni's continuing efforts in federal court are barred by the doctrine of res judicata. The judgment of the district court, accordingly, is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.